UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| v. | 20 Cr. 153 (JSR) |
| NEFY MENDEZ | |
| Defendant | |

Upon the annexed Affirmation of Assistant United States Attorney Kevin Mead, requesting that an Order be issued pursuant to the All Writs Act, Title 28, United States Code, Section 1651, unsealing the below-referenced records maintained by the Bronx District Attorney's Office,

IT IS HEREBY ORDERED that all records of the Bronx District Attorney's Office, including all minutes of grand jury proceedings, relating to Nefy Mendez (D/O/B/: January 23, 1998; NYSID: 12856346R), be unsealed to permit the United States Attorney's Office to obtain the contents of the records and thereafter disclose them as necessary to comply with its disclosure obligations.

Dated: New York, New York
         1/8      , 2025

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK