UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES

vs.

**Nefy Mendez**

------------------------------------

ORDER

20    CR 153-03(JSR)

To: U.S. Marshals Office

**It is hereby ordered :**

that defendant, Nefy Mendez

, Reg # (87709 ) -054, be released from custody, The U.S. Marshals are to release the defendant

unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

1/31/25
Date